UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID LAWRENCE WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:13-CV-00207-PMP-PAL |
| v. ) | |
| ) | |
| WALMART, et al. ) | ORDER |
| ) | |
| Defendants. ) | |

Before the Court for consideration is the Report of Findings and Recommendation (Doc. #5) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered on October 17, 2013. In her Report of Findings and Recommendation, Magistrate Judge Leen recommends that Plaintiff David Lawrence Wilson's claims against Defendants Safeway, Inc. and Bellevue Ice Cream Plant be dismissed for failure to state a claim upon which relief can be granted. None of the parties filed an objection to the Report of Findings and Recommendation.

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #5) is AFFIRMED and that Plaintiff David Lawrence Wilson's claims against Defendant Safeway, Inc. and Defendant Bellevue Ice Cream Plant are dismissed.

DATED: November 6, 2013

_____
PHILIP M. PRO
United States District Judge