UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID LAWRENCE WILSON,

Plaintiff,

v.

WAL-MART,

Defendant.

Case No. 2:13-cv-00207-RFB-PAL

ORDER

(Mot WD Mot – Dkt. #69)

Before the court is Plaintiff's Motion Withdrawing Motion to Compel (Dkt. #69).  The motion to withdraw seeks to withdraw the Motion to Compel (Dkt. #63) which was filed January 20, 2015.  For good cause shown,

**IT IS ORDERED** that the Motion Withdrawing Motion to Compel (Dkt. #69) is **GRANTED**, and the Motion to Compel (Dkt. #63) is **WITHDRAWN.**

DATED this 23rd day of February, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE